UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NAUTILUS INSURANCE COMPANY,
    Plaintiff,

V.

NORTHEAST TANK AND ENVIRONMENTAL
SERVICES, INC. and KMSPE THOMAS, LLC,
    Defendants.

CIVIL ACTION
No. 21-cv-10613-DPW

## FINAL JUDGMENT

WOODLOCK, D.J.

No just cause having been shown pursuant to the Order to Show Cause [ECF #11] issued on July 27, 2021, the Plaintiff's Motion for Judgment on the Pleadings Pursuant to Rule 12(c) [ECF# 9] is hereby GRANTED.

IT IS ORDERED, ADJUDGED AND DECREED that:

Nautilus is not obligated to defend or indemnify its insured, Northeast Tank, against the underlying counterclaim in Worcester Superior Court because KMPSE no longer seeks to recover "property damage" arising from an "occurrence."

By the Court,

DATED:  August 12, 2021

/s/ Barbara I. Beatty
Deputy Clerk